Petition For Relief From A Conviction Or
Sentence By A Person In State Custody
Petition Under 28 U.S.C. 2254 Writ of Habeas Corpus

United States District Court                    Western District

Alphonso Boutire,                               Docket No: _____

Petitioner                                      Sid No: 1033051

                                                Lock: Unit AL-11

Bexar County Adult Detention Center

200 North Comal St.                             Court of Appeals No.

San Antonio, Texas 78207                        2019CR7166-W1

Sheriff Javier Salazar

                                                SA22CA0358

Alphonso Boutire                                Javier Salazar, Sheriff
a/k/a Azizallah Sheriff Muhammad    v.          BCADC                XR

The Attorney General of the State of Texas
    San Antonio / Bexar County

Now Comes Alphonso Boutire, Petitioner who is the aforementioned in the above styled and numbered cause and files this Motion for Discovery Pursuant to Tx Crim. Pro. Art 39.14 (d); (e)(2); (h-1) (1),(2) Reduction of Sentence (Plea Agreement); (3)

Defendant contends this request is based on Texas Criminal Procedure Article 39.14 (d) of Discovery Motion" In The case of a Pro Se defendant whereas this Honorable court has not granted Court Appointed Counsel in the appeal of this Criminal action.

Defendant contends Court Appointed Counsel Loraine Efron filed a motion for Immediate Withdrawal of Counsel for Petitioner when Petitioner Requested the 1988-1991 Plea Agreement in which establishes a agreement with the state of michigan Jackson County District Attorneys office And Jackson County circuit court who approved the final conviction of. 2 year Misdemeanor with a Tier Two Registration, As a final conviction. This was a Reduction as part of a Plea bargain to MCLA 791.520

Defendant contends that texas Authorities Responsible for ensueing that Adaquate As well as correct information is utilized in the conviction of all defendants, And According to Jackson Michigan Prosecutors And Jackson Michigan 12th District Court the Agreement was that if defendant Plead Guilty to the Charge offered by Jackson County Prosecution that Leniency would be granted by a Reduced sentence And Final charge As As part of a plea bargain. And Texas Authorities failed to utilize this Plea Agreement in the Decision making process As to wether a

Extention is within the State of Texas Jurisdiction.

Defendant contends the Original sentence that occured out of Jackson Michigan 12th District Court did Grant along with a 2 year Misdemeanor, a Tier Two Registration which consisted of the following instructions.

(A) To be Released from any obligation the defendant must comply with all Rules and Regulations and not be convicted of any Related offenses.

10 years of Actual Incarceration

or

25 years of total Registration

Defendant contends that the State of Texas failed to utilize this document Plea Bargain in which to adequatly Access wheather defendant is within Jurisdiction of Life time Registration under the sentence conversion. Causing defendant to be subjected to Double Jeopardy, Jurisdictional defect and ineffective assistance of counsel by failing to evaluate all revelant documents namely: Plea Agreement in which is a principle of the courts decision for a final decision.

TIMELINESS OF PETITION:

Judgement of conviction became final within one year of the statute of limitations as contained in 28 U.S.C. §2244(d) does not bar this petition

The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 USC 2244(d) provides in part that:

(1) (A), (B), (C), (D); (2)

I declare (or certify, verify, or state) under the penalty of perjury that the foregoing is true and correct and that this petition/Motion for discovery was placed in the BCADC mailing system on 04/10/22 (month, date, year)

Executed (signed) on 04/10/22 month, date, year

Alphonso Bautire
Petitioner

P.S. Petition forthwith comming pursuant to 28 USC §2254 Writ of Habeas Corpus.