UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ALPHONSO BOUTIRE,** | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL NO. SA-22-CA-0358-XR |
| **JAVIER SALAZAR, Sheriff,** **Bexar County Sheriff's Office,** | § § § § | |
| Respondent. | § § | |

# J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Order of Dismissal of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 8) filed by Petitioner Alphonso Boutire is **DISMISSED WITHOUT PREJUDICE**. No Certificate of Appealability shall issue in this case. This case is now **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 4th day of May, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE